**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT KNOXVILLE**

| | |
|---|---|
| **CHARGES MILES and LARRY LEHMAN,** on behalf of themselves and all other persons ) similarly situated, and **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,** )))))))))) | Case No.: 3:06-CV-131 Phillips/Guyton  CLASS ACTION |
| **Plaintiffs,** ) | |
| v. ) | |
| **ALCOA INC., EMPLOYEES' GROUP BENEFITS PLAN OF ALCOA INC., PLAN II,** and **JOHN DOES 1 THROUGH 20,** )))) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the Court upon parties' motion for stay of proceedings pending negotiations [Doc. 10]. Specifically, parties wish to stay proceedings for a period of 60 days while the parties discuss settlement of this litigation in conjunction with collective bargaining negotiations between Steelworkers and Aloca. The collective bargaining agreement expires on May 31, 2006. For good cause stated, the motion for stay of proceedings pending negotiations [Doc. 10] is **GRANTED**. Parties are directed to report the status of the case on or before July 24, 2006.

**IT IS SO ORDERED.**

                                          **ENTER:**

                                          s/ Thomas W. Phillips
                                          United States District Judge